```
ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | CASE #6:05-mj-0063-WMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs | ) | PLAINTIFF'S  RESPONSE IN |
| | ) | OPPOSITION TO DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| | ) | |
| | ) | |
| KEVIN VASQUEZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the United States Government and Defendant, KEVIN VASQUEZ, and his Attorney of record, CARRIE LEONETTI, that the filing of Plaintiff's response in the above-captioned matter scheduled for July 29, 2005, be continued until August 22, 2005.

Dated: July 29,  2005

```
                               By:  /S/ Elizabeth Waldow
                                    ELIZABETH WALDOW
                                    Acting Legal Officer for
                                    United States Government
```

Dated: July 29, 2005

```
                               By:  /S/ Carrie Leonetti
                                    CARRIE LEONETTI
                                    Attorney for Kevin
Vasquez                                   As authorized on
```

---
1
STIPULATION TO CONTINUE AND ORDER THEREON

1 | 7/29/05
2 |
3 | * * * ORDER * * *
4 | The Court, having reviewed the above request for a
5 | Continuance in Plaintiff's Filing of Response in Motion to
6 | Dismiss until August 22, 2005 and Order Thereon, HEREBY ORDERS
7 | AS FOLLOWS:
8 | 1. The Plaintiff's Response to Defendant, KEVIN VASQUEZ,
9 | shall be continued to August 22, 2005.
10 |
11 | It is so ordered:
12 |
13 | Dated:_____, 2005
14 |
15 |
16 | By:_____
17 | WILLIAM M WUNDERLICH
   | United States Magistrate Judge
18 | IT IS SO ORDERED.
19 | **Dated:   August 1, 2005        /s/  William M. Wunderlich**
   | mmkd34UNITED STATES MAGISTRATE JUDGE
20 |