ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,        )<br>                                                          )<br>           Plaintiff,                      )<br>                                                          )<br>     v.                                                )<br>                                                          )<br>                                                          )<br>                                                          )<br> KEVIN VASQUEZ,                     )<br>                                                          )<br>                                                          )<br>           Defendant.                    )<br>                                                          )<br>                                                          )<br>                                                          )<br>_____) | CASE #6:05-mj-0063-WMW<br><br>STIPULATION TO CONTINUE<br>MOTIONS HEARING:<br>DEFENDANT'S MOTION TO DISMISS<br>  AND<br>PLAINTIFF'S MOTION TO AMEND<br>  OR REVOKE CONDITIONS OF<br>  RELEASE<br>AND PROPOSED ORDER THEREON<br><br>Date:  September 21, 2005<br>Time:  10:00<br>Judge: William M. Wunderlich |

   IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the United States Government and Defendant, KEVIN VASQUEZ, and his Attorney of record, CARRIE LEONETTI, that the Motions Hearing in the above-captioned matter scheduled for August 3, 2005 may be continued until September 21, 2005.

Dated: August 10, 2005                              By:  /S/ Elizabeth Waldow
                                                                                ELIZABETH WALDOW
                                                                                Acting Legal Officer for
                                                                                United States Government


Dated: August 10, 2005                              By:  /S/ Carrie Leonetti

1

```
                                              CARRIE LEONETTI
                                              Attorney for Kevin
Vasquez                                       As authorized on
8/10/05
```

* * * ORDER * * *

The Court, having reviewed the above Request for Continuance in the Motions Hearing until September 21, 2005, HEREBY ORDERS AS FOLLOWS:

1. Motions Hearing, in the above captioned matter concerning Defendant, KEVIN VASQUEZ, shall be continued to September 21, 2005.

IT IS SO ORDERED.

**Dated:   August 12, 2005           /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE