```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | STANLEY A. BOONE
   | Assistant U.S. Attorneys
 3 | MISDEMEANOR UNIT
   | Federal Building
 4 | 2500 Tulare Street, Suite 4401
   | Fresno, California 93721
 5 | Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-41 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE APPELLEE'S BRIEF |
| v. | ) | |
| KEVIN VASQUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant, that the filing of appellee's brief,

//
//
//
//
//
//

1

currently due May 11, 2006 be continued to **June 9, 2006**. The appellant's reply brief shall be due by **June 16, 2006.**

```
                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated: April 24, 2006       By    /S/Stanley A. Boone
                                  STANLEY A. BOONE
                                  Assistant U. S. Attorney


Dated: April 24, 2006             /s/Carrie S. Leonetti
                                  CARRIE S. LEONETTI
                                  Attorney for Defendant
```

**ORDER**

Per the parties stipulation, IT IS HEREBY ORDERED that the filing of appellee's brief due May 11, 2006 shall be continued to June 9, 2006 and the appellant's reply brief shall be due by June 16, 2006.

IT IS SO ORDERED.

**Dated:   April 28, 2006**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE